Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
316 Second R.
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MARTIN FERGUSON** | CV 09-638-KI |
| Plaintiff, | |
| v. | ORDER FOR EAJA ATTORNEY FEES |
| **MICHAEL J. ASTRUE** Commissioner of Social Security, | |
| Defendant. | |

Based upon the stipulation of the parties, it is hereby ORDERED that Plaintiff is awarded attorney fees in the amount of $7,200.00. Subject to any offset allowed under the Treasury Offset Program, as discussed in <u>Astrue v. Ratliff</u>, _ U.S. _ (2010), payment of this award shall be made via check sent to Alan Graf's address: Alan Stuart Graf, PC, PO Box 98, 316 Second Rd., Summertown, TN 38483

It is so ORDERED

Dated this  8th  day of 2010

/s/ Garr M. King
United States District Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES-1